known as the Aqueduct Building, the property of the plaintiffs, being a six-story factory and loft building situate in the city of Rochester, N. Y., just west of the Genesee river and north of the Erie canal. The defendant, a contractor, had contracted with the city of Rochester for the construction of the Graves street tunnel sewer, which ran in a northerly direction under Graves street from a point under the plaintiffs' building to Main street. It was claimed that by reason of the work plaintiffs' building settled causing damage to the walls, shafting and doors. The alleged cause of action was based upon certain provisions of the contract whereby the contractor agreed to be responsible for and repair any damage arising from the carrying out of the contract.

*Arthur V. D. Chamberlain* for appellant.

*William F. Strang* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE CHATEAUGAY ORE AND IRON COMPANY et al., Appellants.

*Real property — title — trespass — state lands — boundaries.*

*People* v. *Chateaugay Ore & Iron Co.,* 198 App. Div. 173, affirmed.
(Argued December 4, 1922; decided January 9, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 3, 1921, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was brought to recover damages for trespass and cutting timber upon state lands in township No. 5, Old Military Tract, Clinton county, on lots 130, 171, 190 and 231, as numbered and described in the Hannah Murray map, so called. At the time this action was begun the state owned a block of lots in the southeast corner of this township. The Chateaugay Ore.

and Iron Company, defendant, owned a block of lots in this township lying west of and adjoining the state lots at the point where the trespass is alleged to have occurred. The dispute was over the location of the dividing line between these two blocks of lots. The defendants John F. O'Brien and George C. Kellogg cut the timber under contract with the defendant Chateaugay Ore and Iron Company.

*Frank E. Smith* and *Lewis E. Carr* for appellants.

*Charles D. Newton, Attorney-General* (*Benjamin McClung* and *Claude T. Dawes* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

JESSIE B. TEETSELL, Respondent, *v.* MARY K. ROSS et al., Appellants, Impleaded with Others.

*Appeal — appeal, without permission, from judgment affirming interlocutory judgment dismissed.*

*Teetsell* v. *Ross*, 201 App. Div. 826, appeal dismissed.

(Argued December 4, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1922, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action for partition of real property.

*Charles F. Choate, Jr., Archibald MacLeish* and *Charles Irving Oliver* for appellants.

*Newton B. Van Derzee* and *Harry Cook* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.